UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY IRVING, et al.,<br>            Plaintiffs,<br>     v.<br>LUMBER LIQUIDATORS, INC.,<br>            Defendant. | Case No.  15-cv-01235-KAW<br>**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Balero v. Lumber Liquidators, Inc.*, 15-cv-01005-JST.

IT IS SO ORDERED.

Dated: March 19, 2015

KANDIS A. WESTMORE
United States Magistrate Judge