United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIL PRASAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUMBER LIQUIDATORS, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01315-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Balero v. Lumber Liquidators, Inc.*, 15-cv-01005-JST.

IT IS SO ORDERED.

Dated: March 24, 2015

　　　　　　　　　　　　　　　　　　　　　*Kandis Westmore*
　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge