United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7  PETER PICARD, et al.,                          Case No.  15-cv-01460-EDL

8              Plaintiffs,

9       v.                                         **REFERRAL FOR PURPOSES OF
                                                   DETERMINING RELATIONSHIP**
10  LUMBER LIQUIDATORS, INC., et al.,

              Defendants.
11

12

13          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14  Honorable Jon S. Tigar for consideration of whether the case is related to <u>Balero v. Lumber

15  Liquidators, Inc.</u>, 15-cv-01005-JST.

16          **IT IS SO ORDERED.**

17  Dated: April 1, 2015

18

19

20                                               ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge

21

22

23

24

25

26

27

28