UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL BALERO, et al.,<br>     Plaintiffs,<br>v.<br>LUMBER LIQUIDATORS, INC.,<br>     Defendant. | Case No. 15-cv-01005-JST<br><br>**ORDER RELATING CASES**<br>Re: Dkt. No. 35 |
| JAMES SILVERTHORN,<br>     Plaintiff,<br>v.<br>LUMBER LIQUIDATORS, INC., et al.,<br>     Defendants. | Case No. 15-cv-01428-YGR |

An administrative motion to consider whether cases should be related has been filed by Plaintiff James Silverthorn. ECF No. 35. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below are related to the case assigned to me, and such case shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

3:15-cv-01005-JST         <u>Balero, et al, v. Lumber Liquidators, Inc.</u>

15-cv-01428-YGR         <u>Silverthorn v. Lumber Liquidators, Inc. et al</u>

I find the above case is related to the case assigned to me: *[signature]*

The parties are instructed that all future filings in any reassigned case are to bear the initials of the

newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

IT IS SO ORDERED.

Dated: April 7, 2015.

_____
JON S. TIGAR
United States District Judge