UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SUSAN SCHABER, | |
|---|---|
| Plaintiff, | Case No. 15-cv-01822-EDL |
| v. | |
| LUMBER LIQUIDATORS HOLDINGS, INC., et al., | **REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to Balero v. Lumber Liquidators, Inc., 15-cv-01005-JST.

**IT IS SO ORDERED.**

Dated: April 23, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge