UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CHAVEZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>LUMBER LIQUIDATORS, INC.,<br><br>  Defendant. | Case No.  15-cv-01887-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Balero v. Lumber Liquidators, Inc.,* 15-cv-01005-JST.

IT IS SO ORDERED.

Dated: April 28, 2015

KANDIS A. WESTMORE
United States Magistrate Judge