1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSEPH MICHAEL BALERO, et al.,              Case No.  15-cv-01005-JST

                     Plaintiffs,
8

9           v.                                   **ORDER REGARDING EVIDENCE**
                                                 **PRESERVATION ORDER AND**
10   LUMBER LIQUIDATORS, INC.,                   **RELATED NOTICE**

                     Defendant.
11

12

13          Now before the Court is the parties' dispute regarding an appropriate evidence preservation

14   order.  The parties originally proposed competing versions of such an order in the Joint Case

15   Management Statement filed April 21, 2015, ECF No. 43.  At the Court's direction, the parties

16   then submitted competing Supplemental Case Management Statements justifying their respective

17   proposed orders.  ECF Nos. 55, 56.

18          Having considered the parties' arguments, the Court will adopt Plaintiffs' proposed

19   evidence preservation order, as modified by Plaintiffs' Supplemental Case Management

20   Conference Statement Regarding Evidence Preservation.  ECF No. 56 at 3.  The Court will also

21   order that Plaintiffs insert the following paragraph after the first full paragraph of the order:

22                  One purpose of the present Order is to maintain the status quo until
                    such time as the Judicial Panel on Multidistrict Litigation either
23                  selects a transferee court or denies the pending motion to coordinate.
                    This Court, or a transferee court, may hereafter modify any term of
24                  this Order, including the terms regarding the temporal or subject
                    matter scope of Lumber Liquidators' or its agents' obligation to
25                  maintain documents or information.  Also, the terms of this Order
                    regarding temporal and subject matter scope are intended to govern
26                  evidence preservation only, and do not constitute findings by the
                    Court regarding any party or entity's obligation to produce
27                  documents in response to a future discovery request in this
                    proceeding.
28

1    The Court will also adopt the form of notice attached as Exhibit A to the Plaintiffs'

2  Supplemental Case Management Conference Statement.

3        **IT IS SO ORDERED.**

4  Dated: May 7, 2015

5  _____
   JON S. TIGAR
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28