UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICK MUSGRAVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUMBER LIQUIDATORS, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-02082-EDL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
|---|---|

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to <u>Balero v. Lumber Liquidators</u>, Inc., 15-cv-01005-JST.

　　　　**IT IS SO ORDERED.**

Dated: May 8, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge